## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YELENA KOVALCHUK,** | : | **CIVIL ACTION NO. 1:20-CV-2076** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **PENNDOT,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

# **ORDER**

AND NOW, this 23rd day of July, 2021, upon consideration of the report (Doc. 5) issued by Chief Magistrate Judge Karoline Mehalchick, recommending that the court dismiss plaintiff's complaint for failure to effect service within the time limits of Federal Rule of Civil Procedure 4, wherein Judge Mehalchick observes that a show-cause order issued on March 15, 2021, directing plaintiff to show cause within 10 days why service had not been made as required, and that plaintiff failed to respond to that order, (see id. at 1), and the court noting that plaintiff has not objected to the report, see FED. R. CIV. P. 72(b)(2), and further noting that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should afford "reasoned consideration" to the uncontested portions of the report, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory

committee notes, and, following an independent review of the record, the court being in agreement with Judge Mehalchick's recommendation, and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. Chief Magistrate Judge Mehalchick's report (Doc. 5) is ADOPTED.

2. Plaintiff's complaint (Doc. 1) is DISMISSED pursuant to Federal Rule of Civil Procedure 4(m).

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania